UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CR. NO.: <u>2:15-cr-20091-SHM</u> |
| ) | |
| TERRENCE MILAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have <u>Terrence Milam, RNI Number 232958</u>, now being detained at the Shelby County Jail, 201 Poplar, Memphis, Tennessee, 38103, appear before the Honorable United States Magistrate Judge Tu M. Pham on Monday, April, 20, 2015, at 2:00 p.m., for an Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 9th day of April, 2015.

<u>s/Debra L. Ireland</u><br>
Assistant United States Attorney

---

Upon consideration of the foregoing Application, JEFFERY T. HOLT, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE, 38103 AND SHERIFF BILL OLDHAM, SHELBY COUNTY JAIL, 201 POPLAR, MEMPHIS, TENNESSEE, 38103.

YOUR ARE HEREBY COMMANDED to have <u>Terrence Milam, RNI Number 232958,</u> appear before the Honorable United States Magistrate Judge Tu M. Pham on the date and time aforementioned.

ENTERED this 9th day of April, 2015.

<u>s/Diane K. Vescovo</u><br>
DIANE K. VESCOVO<br>
CHIEF UNITED STATES MAGISTRATE JUDGE